| ✎PROB 22<br>(Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)*<br>0980 2:14CR00152-SMJ-3 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)*<br>9:22-CR-11-DLC |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Howard, Johnathan Troy | Eastern District of Washington | Spokane |
| | NAME OF SENTENCING JUDGE | |
| | Salvador Mendoza, Jr., U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 10/28/2019 — TO 10/27/2024 |

**OFFENSE**

Conspiracy to Distribute Heroin 50 Grams or More of Actual Methamphetamine, 21 U.S.C. § 846
Distribution of Heroin, 21 U.S.C. § 841(a)(1)
Distribution of Heroin and 5 Grams or More of Actual Methamphetamine, 21 U.S.C. § 841(a)(1)
Unlawful Use of Controlled Substance in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1)(3)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  Eastern  DISTRICT OF  Washington

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  District of Montana  upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

02/02/2022
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  District of Montana

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

February 3, 2022
*Effective Date*

*United States District Judge*